IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRANCE GADDY,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILA. POLICE DEP'T et al.,** | : | No. 14-3435 |
| *Defendants*. | : | |

## ORDER

**AND NOW,** this 22nd day of January, 2015, upon consideration of Defendants' Motion to Dismiss (Docket No. 12) and Plaintiff's Response in Opposition (Docket No. 18), and after a hearing on the Motion on January 21, 2015, for the reasons set forth in the Court's Memorandum of even date, **the Court hereby ORDERS** that:

1. Defendants' Motion to Dismiss is **GRANTED**;

2. Plaintiff's request for leave to amend the Complaint is **GRANTED**;

3. Plaintiff may file an Amended Complaint on or before February 13, 2015; and

4. Defendants shall respond the Amended Complaint on or before February 27, 2015.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE