# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE GADDY | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 14-3435 |
| OFFICER MATTHEW WINSCOM et al., | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW,** this 14th day of October, 2016, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 50), Plaintiff's Response in Opposition (Docket No. 54), Plaintiff's Supplemental Memorandum in Opposition (Docket No. 58), and after oral argument on the Motion on September 27, 2016, **it is hereby ORDERED** that Defendants' Motion for Summary Judgment (Docket No. 50) is **GRANTED**. The Clerk of Court shall mark this case closed for all purposes including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE